UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>DORASTI IMPORTS, LLC,<br><br>        Defendant. | ECF CASE<br><br>No.: 1:21-cv-4851 (BMC) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  December 24, 2021
        New York, New York

                      s/ Douglas B. Lipsky
                      Douglas B. Lipsky
                      LIPSKY LOWE LLP
                      420 Lexington Avenue, Suite 1830
                      New York, New York 10170-1830
                      doug@lipskylowe.com
                      212.392.4772
                      *Attorneys for Plaintiff*